FCI, Talladega                                           11-25-19
Brent Thomas (14156-002)
PMB 1000
Talladega, AL 35160

              2019 DEC -2 P 1:35

Case No: 3:12CR035-01-WKW

To: District Judge Watkins

From: Brent Thomas, Pro Se defendant

RE: First Step Act / Appointment of Attorney


   I believe the "First Step Act" applies to me, but I dont know how to file in order to get relief. I have a Cocaine base and 924c, case.
I would like to be appointed an attorney.

Respectfully Submitted,

Done on this 25th day of November, 2019

Brent Thomas          Pro Se
Brent Thomas #14156-002